UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK ARANT, <br><br> Plaintiff, <br> v. <br><br> JPMORGAN CHASE BANK, CHASE HOME FINANCE, LLC., EXPRESS CAPITAL LENDING, INC., EMC MORTGAGE LLC, NATIONAL DEFAULT SERVICING CORPORATION, SELECT PORTFOLIO SERVICING, INC., BLACK AND WHITE CORPORATIONS DOES 1-10, <br><br> Defendants. | Case No. 2:14-cv-00386-MMD-VCF <br><br> ORDER |

On May 20, 2015, the Clerk issued a notice regarding intention to dismiss Defendants Chase Home Finance, LLC and Express Capital Lending, Inc. pursuant to Federal Rule of Civil Procedure 4(m) if proof of service of the Amended Complaint on these two defendants is not filed with the Court on or before June 19, 2015. (Dkt. no. 64.) On May 29, 2015, Plaintiff filed a declaration stating that the Amended Complaint was electronically served on two attorneys, Paul M. Haire and Chelsea Crowton. (Dkt. no. 65.) The filings submitted by Mr. Haire and his firm represent that Defendant JPMorgan Chase Bank, N.A., is a successor by merger with Chase Home Finance LLC. (*See e.g.* dkt. no. 48.) Plaintiff and JPMorgan Chase Bank are directed to confer and file a status report with the Court as to whether Plaintiff continues to pursue claims against Chase Home Finance LLC, and, if so, whether the law firm of Smith Larsen & Wixom

has accepted service of the Amended Complaint on behalf of Chase Home Finance LLC. The joint status report is due by July 6, 2015.

With respect to Defendant Express Capital Lending, Inc., the docket shows that this Defendant has not made an appearance. Service on counsel for the other Defendants does not render service on Express Capital Lending, LLC. The Court will extend the time for Plaintiff to file with the Clerk proof of service on Defendant Express Capital Lending, Inc. from June 19, 2019 to July 6, 2015.

DATED THIS 15th day of June 2015.

---
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE